**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMETRIA PEART,<br><br>          Plaintiff,<br><br>     v.<br><br>LATHAM & WATKINS LLP,<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br><br>          Defendant. | Case No. 1:13-cv-00537-RMC<br><br>Hon. Rosemary M. Collyer |

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

      Pursuant to Federal Rule of Evidence 201, Defendant Latham & Watkins LLP hereby requests that this Court take judicial notice of the materials attached to the Declaration of Matthew D. Thurlow as Exhibits 1 through 3.  These materials are submitted in support of Defendant's Motion to Dismiss.  In support of this Request, Defendant submits the accompanying Memorandum of Points and Authorities.


Dated: May 22, 2013           Respectfully submitted,
                       /s/ Matthew D. Thurlow_____
                       Linda M. Inscoe (Admitted *Pro Hac Vice*)
                       Matthew D. Thurlow (D.C. Bar No. 1008014)
                       LATHAM & WATKINS LLP
                       555 Eleventh Street, NW, Suite 1000
                       Washington, D.C. 20004-1304
                       (202) 637-1051 (Telephone)
                       (202) 637-2201 (Facsimile)
                       Email:  matthew.thurlow@lw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMETRIA PEART,<br><br>          Plaintiff,<br><br>     v.<br><br>LATHAM & WATKINS LLP,<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br><br>          Defendant. | Case No. 1:13-cv-00537-RMC<br><br>Hon. Rosemary M. Collyer |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

**I.     LEGAL STANDARD**

Rule 201(b) of the Federal Rules of Evidence permits a court to take judicial notice of facts that are "not subject to reasonable dispute because [they] (1) [are] generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b); *see Weinstein v. Islamic Republic of Iran*, 175 F. Supp. 2d 13, 16 (D.D.C. 2001). In deciding a motion to dismiss, a court may consider matters of which it may take judicial notice." *Abhe & Svoboda, Inc. v. Chao*, 508 F.3d 1052, 1059 (D.C. Cir. 2007).

**II.     DESCRIPTION OF DOCUMENTS SUBJECT TO JUDICIAL NOTICE**

Defendant Latham & Watkins LLP ("Latham") respectfully requests that the Court take judicial notice of the following documents, which are attached as Exhibits 1 through 3: determinations from related administrative proceedings before the D.C. Office of Human Rights ("OHR") and a right to sue letter from the Equal Employment Opportunity Commission ("EEOC").  Judicial notice is appropriate because these documents cannot reasonably be disputed and these documents are not being submitted to determine the truth or falsity of any

allegations.  All of the attached documents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b); *see Sibley v. Breyer*, 456 F. Supp. 2d 43, 45 (D.D.C. 2006) (stating that the court may take judicial notice of public records from other proceedings); *Weil v. Markowitz*, 829 F.2d 166, 173 n.15 (D.C. Cir. 1987) (taking judicial notice of a related proceeding in another court); *Williams v. Chu*, 641 F. Supp. 2d 31, 35 (D.D.C. 2009) (taking judicial notice of EEOC decision denying plaintiff's request for reconsideration); *James v. Countrywide Financial Corp.*, 849 F. Supp. 2d 296, 306 n.1 (E.D.N.Y. 2012) (taking judicial notice of various EEOC and New York State Division of Human Rights administrative records).  Therefore, Defendant hereby respectfully requests that the Court take judicial notice of the following documents:

- Letter of Determination, OHR, *Demetria Peart v. Latham & Watkins LLP*, Docket No. 09-269-P (CN-TR), EEOC 570-2008-00836 (March 18, 2011), attached hereto as Exhibit 1;

- Determination on Complainant's Request for Reconsideration, OHR, *Demetria Peart v. Latham & Watkins LLP*, Docket No. 09-269-P (CN-TR), EEOC 570-2008-00836 (March 29, 2012); attached hereto as Exhibit 2;

- Right to Sue Letter, EEOC, EEOC 570-2008-00836 (April 18, 2013), attached hereto as Exhibit 3.


Dated: May 22, 2013                        Respectfully submitted,

                                           /s/ Matthew D. Thurlow
                                           Linda M. Inscoe (Admitted *Pro Hac Vice*)
                                           Matthew D. Thurlow (D.C. Bar No. 1008014)
                                           LATHAM & WATKINS LLP
                                           555 Eleventh Street, NW, Suite 1000
                                           Washington, D.C. 20004-1304
                                           (202) 637-1051 (Telephone)
                                           (202) 637-2201 (Facsimile)
                                           Email:  matthew.thurlow@lw.com