**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMETRIA PEART,<br><br>   Plaintiff,<br><br>   v.<br><br>LATHAM & WATKINS LLP,<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br><br>   Defendant. | Case No. 1:13-cv-00537-RMC<br><br>Hon. Rosemary M. Collyer |

**STIPULATION REGARDING FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADING**

On October 23, 2013, the Court granted in part and denied in part Defendant Latham & Watkins' Motion to Dismiss Plaintiff Demetria Peart's First Amended Complaint (ECF 18). The Court subsequently ordered Plaintiff to file a Second Amended Complaint by November 7, 2013 (ECF 19). Pursuant to Fed. R. Civ. P. 12(a)(4)(A), it appears Defendant may be required to serve a responsive pleading to the First Amended Complaint on November 6, the day before Plaintiff is scheduled to file the Second Amended Complaint. In the interest of efficiency, Plaintiff and Defendant hereby stipulate and agree, subject to the approval of the Court, that Defendant will not serve another pleading responding to Plaintiff's First Amended Complaint.

Dated: October 31, 2013    Respectfully submitted,

             /s/ Matthew D. Thurlow

             Linda M. Inscoe (Admitted *Pro Hac Vice*)
             Matthew D. Thurlow (D.C. Bar No. 1008014)

        LATHAM & WATKINS LLP
        555 Eleventh Street, NW, Suite 1000
        Washington, D.C. 20004-1304
        (202) 637-1051 (Telephone)
        (202) 637-2201 (Facsimile)
        Email: matthew.thurlow@lw.com
        *Attorneys for Defendant Latham & Watkins LLP*


/s/ Jonathan Dailey

Jonathan C. Dailey, Esq. (D.C. Bar No. 448141)
1101 30th Street, NW, Suite 500
Washington, D.C. 20007
(202) 625-4348 (Telephone)
(202) 625-4349 (Facsimile)
Email: jonathan@victimlegalrights.com
*Attorney for Plaintiff Demetria Peart*

ii