### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRIA PEART,<br><br>      Plaintiff,<br><br>      v.<br><br>LATHAM & WATKINS LLP,<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br><br>      Defendant. | Case No. 1:13-cv-00537-RMC<br><br>Hon. Rosemary M. Collyer |

### **NOTICE OF TENTATIVE SETTLEMENT**

PLEASE TAKE NOTICE that Defendant Latham & Watkins LLP ("Latham") will not file a response to Plaintiff Demetria Peart's ("Ms. Peart" or Plaintiff") Second Amended Complaint because the parties have reached an agreement that resolves Ms. Peart's remaining claims. In the next few days, the parties plan to submit a joint stipulation to the Court requesting dismissal of the case with prejudice.

Respectfully submitted this 25th day of November 2013.

                                                  /s/ Matthew D. Thurlow
                                                Matthew D. Thurlow (DC Bar No. 1008014)
                                                Latham & Watkins LLP
                                                555 Eleventh Street NW, Suite 1000
                                                Washington, DC  20004
                                                Telephone: (202) 637-1051
                                                Facsimile: (202) 637-2201
                                                Email: matthew. thurlow@lw.com
                                                *Attorney for Latham & Watkins LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of November 2013, a copy of the Notice of Tentative Settlement was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) upon the following persons of record that have appeared in this action:

Jonathan Dailey

*Attorney for Demetria Peart*

Dated:  November 25, 2013

                                        /s/ Matthew D. Thurlow

                                        Linda M. Inscoe (Admitted *Pro Hac Vice*)
                                        Matthew D. Thurlow (D.C. Bar No. 1008014)
                                        LATHAM & WATKINS LLP
                                        555 Eleventh Street, NW, Suite 1000
                                        Washington, D.C. 20004-1304
                                        (202) 637-1051 (Telephone)
                                        (202) 637-2201 (Facsimile)
                                        Email:  matthew.thurlow@lw.com

                                        *Attorneys for Defendant Latham & Watkins LLP*